# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 47 MAP 2014
:
             Appellant : Appeal from the Order of the Chester
: County Court of Common Pleas, Criminal
: Division, at No. CP-15-CR-3383-2013
          v. : dated April 30, 2014
:
:
JARROD CRAIG LAWSON, :
:
          Appellee :

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**. See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).